310

(No. 2407—)

DR. CHARLES J. HUTTON, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed December 11, 1934.*

WM. M. SCANLAN, for claimant.

OTTO KERNER, Attorney General; JOHN KASSERMAN, Assistant Attorney General, for respondent.

MR. JUSTICE YANTIS delivered the opinion of the court:

Claimant seeks settlement for medical services furnished to William L. Dingler of Peru, Illinois.

Four other claims growing out of the same circumstances have been filed, i. e.: *Dr. George E. Kirby* vs. *State,* No. 2408; *Dr. E. C. Gaffney* vs. *State,* No. 2409; *Dr. N. A. Balding* vs. ·*State,* No. 2410 and *Evangelical Deaconess Hospital* vs. *State,* No. 2411, and to save repetition, reference will be made in the opinions of those cases to this case.

William L. Dingler was employed by the State of Illinois as an automobile investigator and on October 17, 1931, in traveling the territory in which his employment necessitated his going, he was riding a motorcycle with a side-car attached enroute from Peru, Illinois, on S. B. I. Route No. 4. When about two miles southwest of Atlanta, Illinois, he collided with a horse-drawn hay rack wagon while attempting to avoid a collision with an aproaching motor vehicle. As a result of said accident Dingler was thrown onto the concrete pavement and suffered a basal, frontal and two bilateral fractures of the skull with serious injuries to other parts of the body.

Claimant was called to the scene of the accident, rendered first aid; caused Dingler to be removed to claimant's office in Atlanta, Illinois; and from there had him removed by ambulance to the Evangelical Deaconess Hospital, at Lincoln, Illi-

nois, thirteen miles distant from Atlanta, that being the nearest hospital having suitable equipment and facilities; that upon arrival at the hospital Doctors E. C. Gaffney and N. A. Balding were called in consultation and thereafter Dr. George E. Kirby was also called into the consultation. The patient, William L. Dingler, remained unconscious from the time of the accident on October 17, 1931, until Tuesday, October 20, 1931, and claimant, Dr. Hutton, made trips from Atlanta to the hospital on the 18th, 19th, 20th, 22nd and 25th days of October, 1931. The patient remained at the hospital from October 17, 1931, to November 2, 1931, a period of 2 2/7 weeks and during said period of time the hospital provided him with a day nurse for twelve days and a night nurse for eight days, various X-rays were taken and medical dressings and medicines were furnished by the hospital.

Notice of the accident was telephoned to the office of the Secretary of State at Springfield and that office ordered the best medical care and attention possible rendered to Dingler. This was confirmed by a personal representative from the office of the Chief of the Automobile Investigators and the several physicians and hospital were authorized to render all services necessary and that the bills for same should be forwarded to the Automobile Department of the Secretary of State's office for payment. The instructions were ratified on other succeeding days. The bills were later submitted to the Secretary of State's office, and payment declined for the reason that that office had no appropriation from which payment could be made.

Claimant, *Dr. Charles J. Hutton's* Bill of Particulars requests payment as follows:

Oct. 17, 1931—Office visit, Lincoln Hospital call and X-ray.. $25.00
Five visits to Hospital at Lincoln (13 mi. from Atlanta at
$12.00 each) .......................................... 60.00

Total ............................................. $85.00

Claims have also been filed by the other three doctors and the hospital as follows:

Dr. E. C. Gaffney, Lincoln, Ill. (Case No. 2409.)

Oct. 17, 1931—Consultation on skull fractures.............. $10.00
24 visits to hospital, at $2.50 each........................ 60.00

Total ............................................. $70.00

Dr. George E. Kirby, Spring Valley, Ill. (Case No. 2408.)

| | |
|---|---|
| Oct. 18, 1931—Consultation at Lincoln, Ill. | $35.00 |
| Nov. 4th, 5th and 6th, 1931—3 house calls at Peru, Ill. (4½ mi. from Spring Valley, at $3.00 each) | 9.00 |
| Nov. 16, 1931—Office call and X-Ray | 6.00 |
| Dec. 3, 1931—Office call | 1.50 |
| Total | $51.50 |

Dr. N. A. Balding, Lincoln, Ill. (Case No. 2410.)

| | |
|---|---|
| Oct. 17, 1931—Consultation | $10.00 |
| 14 visits to Hospital at Lincoln at $2.50 each | 35.00 |
| Total | $45.00 |

Evangelical Deaconess Hospital, Lincoln, Ill. (Case No. 2411.)

| | |
|---|---|
| Oct. 17, 1931 to Nov. 2, 1931—Room and board, 2 2/7 weeks, at $24.00 per week | $54.86 |
| Day nurse, 12 days at $5.00 per day | 60.00 |
| Night nurse, 8 nights at $5.00 per night | 40.00 |
| Dressings and medicine | .86 |
| Head X-Ray | 10.00 |
| Laboratory | 2.00 |
| Two meals | .70 |
| Telephone service | 4.25 |
| Total | $172.67 |

The accident suffered by William L. Dingler occurred while he was an employee of the State and the injury arose out of and in the course of his employment. There seems to be no question but what such employment was extra hazardous and within the Workmen's Compensation Act. The several claimants rendered the services stated under proper circumstances and are entitled to payment therefor.

"8 (A) The employer shall provide the necessary first aid, medical and surgical services and all necessary medical, surgical and hospital services thereafter. Sec. 8, Workmen's Compensation Act."

Claimants in each case also ask that they be allowed interest on their claims at the rate of five per cent (5%) per annum from the 25th day of October, 1931.

There is no showing of any unreasonable or vexatious delay in payment.

"Creditors shall be allowed to receive interest at five per cent (5%) * * * on money withheld by an unreasonable and vexatious delay of payment. Sec. 2, Chap. 74 Ill. Rev. Statutes."

No allowance for interest is warranted in either of the cases herein considered for the reason that such claims were filed on June 21, A. D. 1934, and are being disposed of in apt time for an appropriation by the first succeeding Legislature thereafter.

The prevailing charge for local physicians' calls is apparently $2.50 each. An additional charge of fifty cents per call, or a total of $3.00 per visit was charged by Dr. Kirby in going from Spring Valley, to Peru, Illinois. The record discloses that Dr. Hutton traveled thirteen miles from Atlanta to Lincoln, Illinois on each of his several visits, for each of which an allowance of $9.00 is made.

An award is, therefore, allowed in this case, i. e., *Dr. Charles J. Hutton* vs. *State,* No. 2407 in the sum of $70.00.